# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023

December 27, 2023

Granted as modified.

SO ORDERED:

12/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *McMillian v. Commissioner of Social Security*
              Civil Action No. 1:23-cv-08423-RWL

Dear Judge Lehrburger,

    We write on behalf of our client, Quinella Aricia McMillian, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on January 2, 2024 per the Court's September 25, 2023 Standing Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: ~~April 1, 2024~~; March 15

- Defendant to file its response to plaintiff's motion/cross motion on or before: ~~May 31, 2024~~; and May 15

- Plaintiff to file her reply, if any, on or before: ~~June 14, 2024.~~ May 29

Honorable Robert W. Lehrburger
December 27, 2023
Page Two

       Thank you for your consideration of this request.

                                                         Respectfully submitted,

                                                         s/Daniel A. Osborn
                                                         Daniel A. Osborn
                                                         OSBORN LAW, P.C.
                                                         43 West 43rd Street, Suite 131
                                                         New York, New York 10036
                                                         Telephone:	212-725-9800
                                                         Facsimile:	212-500-5115
                                                         dosborn@osbornlawpc.com

cc: Ariella Renee Zoltan, Esq. (by ECF)